Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Christine L. Kunz, Appellant, for an Order of Mandamus against Frank Mann, as Commissioner of the Tenement House Department of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Alexander J. Chechila, Respondent, v. Platon Rojdesvensky, Defendant, Impleaded with Vasily Golinsky, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Fred Weyand, Appellant, v. Elizabeth Weyand, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Henry Brettheimer, Respondent, v. Edward Conen, Inc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Hochmuth & Gerstmann, Respondent, v. Bernhard Steiner, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

John H. Scheier, Respondent, v. Partola Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Lippman Cohen, Inc., Appellant, v. Mandel Walk and Another, Respondents. — Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

N. V. Yzergieterij en Machinefabriek de Etna, Respondent, v. Jacob Friedman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

M. Ascher Silk Corporation, Plaintiff, v. Jacob Y. Wilkins, Respondent, and Moses Ascher, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

M. Ascher Silk Corporation, Plaintiff, v. Jacob Y. Wilkins, Appellant, and Moses Ascher, Respondent.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Loeb & Schoenfeld Company, Respondent, v. William Ledman and Another, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The Edison Portland Cement Company, Appellant, v. Fred B. Parker,